**2000-0569. Disciplinary Counsel v. Trumbo.**

IT IS ORDERED by this court, sua sponte, that Keith A. Trumbo, a.k.a. Keith Allan Trumbo, Attorney Registration No. 0028544, last known address in Austin, Texas, is found in contempt for failure to comply with this court's order of July 27, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before August 28, 2000.

**2000-0760. Disciplinary Counsel v. Braun.**

IT IS ORDERED by this court, sua sponte, that Gary L. Braun, a.k.a. Gary Lee Braun, Attorney Registration Number 0021431, last known business address in Warren, Ohio, is found in contempt for failure to comply with this court's order of September 20, 2000, to wit, failure to surrender his attorney registration card and failure to file an affidavit of compliance on or before October 20, 2000.

**2002-0783. Stark Cty. Bar Assn. v. Marke.**

IT IS ORDERED by this court, sua sponte, that Robert Charles Marke, Attorney Registration No. 0063651, last known business address in Canton, Ohio, is found in contempt for failure to comply with this court's order of December 13, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before January 12, 2001.

**2000-0784. Disciplinary Counsel v. Kral.**

IT IS ORDERED by this court, sua sponte, that Joseph Alan Kral, Attorney Registration No. 0019883, last known business address in Strongsville, Ohio, is found in contempt for failure to comply with this court's order of November 8, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before December 8, 2000.

**2000-1097. In re Resignation of Walter.**

IT IS ORDERED by this court, sua sponte, that Margaret Anne Walter, Attorney Registration No. 0062772, last known business address in Elmore, Ohio, is found in contempt for failure to comply with this court's order of December 14, 2000, to wit, failure to surrender her certificate of admission and failure to file an affidavit of compliance on or before January 16, 2001.

**2000-1098. Akron Bar Assn. v. Bodnar.**

IT IS ORDERED by this court, sua sponte, that Andrew P. Bodnar, a.k.a. Andrew Paul Bodnar, Jr., Attorney Registration No, 0032329, last known business address in Akron, Ohio, is found in contempt for failure to comply with this court's order of December 13, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before January 12, 2001.

**2000-1265. In re Resignation of Newman.**

IT IS ORDERED by this court, sua sponte, that T. Brent Newman, Attorney Registration No. 0063271, last known business address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of September 15, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before October 16, 2000.

**2000-1303. Disciplinary Counsel v. Corbin.**

IT IS ORDERED by this court, sua sponte, that Charles Canterbury Corbin, Attorney Registration No. 0034178, last known business address in Denver, Colorado, is found in contempt for failure to comply with this court's order of October 9, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before November 8, 2000.

**2000-1548. Columbus Bar Assn. v. Wolfrom.**

IT IS ORDERED by this court, sua sponte, that Carl T. Wolfrom, a.k.a. Carl Thompson Wolfrom, Attorney Registration No. 0019564, last known business address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of January 31, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before March 2, 2001, and failure to pay board costs in the amount of $216.94 on or before May 1, 2001.